*Milan M. Rivera G021790*
Name and Prisoner/Booking Number

*Estrella Jail - MCSO*
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
         ✓ FILED        ___ LODGED
         ___ RECEIVED   ___ COPY

              AUG 0 2 2023

         CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
         BY ___             DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

*Milan Melissa Rivera*
(Full Name of Plaintiff)

                    Plaintiff,

v.

(1) *Paul Penzone*,
(Full Name of Defendant)

(2) *Maricopa County Sheriffs Office*,

(3) *Estrella*,

(4) *CHS Medical Services*,

                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. | CV-23-1556-PHX-ROS (MTM)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
☐ Other: _____

2.   Institution/city where violation occurred: *Estrella Jail / MCSO Phoenix, Az.*

3.

Revised 12/1/20                                      1

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _Paul Penzone_.  The first Defendant is employed
as: _Maricopa County Sheriff_ at _Maricopa County Sheriff office_
                    (Position and Title)                                (Institution)

2.  Name of second Defendant: _MCSO_.  The second Defendant is employed as:
as: _Detention Facility_ at _Sheriff_
                    (Position and Title)                                (Institution)

3.  Name of third Defendant: _Estrella Female Jail_.  The third Defendant is employed
as: _Detention facility_ at _Phoenix, Arizona_
                    (Position and Title)                                (Institution)

4.  Name of fourth Defendant: _CHS Medical_  The fourth Defendant is employed
as: _Correctional Health Services_ at _Estrella Jail_
                    (Position and Title)                                (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?        ☐ Yes        ☒ No

2.  If yes, how many lawsuits have you filed? _N/A_.  Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _N/A_ v. _____
        2.  Court and case number: _____
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _____
        _____

    b.  Second prior lawsuit:
        1.  Parties: _N/A_ v. _____
        2.  Court and case number: _____
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _____
        _____

    c.  Third prior lawsuit:
        1.  Parties: _N/A_ v. _____
        2.  Court and case number: _____
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _____
        _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

### D.   CAUSE OF ACTION

#### COUNT I

1.   State the constitutional or other federal civil right that was violated: *Housed in a facility where untreated toxic black mold is present.*

2.   **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

- ☐ Basic necessities
- ☐ Disciplinary proceedings
- ☐ Excessive force by an officer
- ☐ Mail
- ☐ Property
- ☒ Threat to safety
- ☐ Access to the court
- ☐ Exercise of religion
- ☐ Other:_____
- ☐ Medical care
- ☐ Retaliation

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

*Maricopa County Jail, a detention facility under care, and control of Maricopa County Sheriffs office (MCSO) in Phoenix, Arizona, and headed by Sheriff Paul Penzone, with CHS appointed as the health care professionals for these Jails in the MCSO holding — especially in Estrella Jail where females are housed. Under public record Estrella Jail is condemned and has been since 2015. The Jail has not been closed down or repaired. The county continues to house female inmates in a condemned structure. Causing exposure, and medical threats to my health and safety as an inmate in Estrella Jail. Any and all exposure to toxic black mold is illeagal and toxic mold is a known cause of permanent and fatal health problems resulting from any contact or exposure, exceeding 7 days according to the Center For Disease Control. (CDC.)*

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

*I was housed in Estrella Jail from March 17, 2017 to August 30, 2017 and also from May 22, 2023 till this present day July 23, 2023 in MCSO.*

5.   **Administrative Remedies:**

   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☒ No

   b.   Did you submit a request for administrative relief on Count I?   ☐ Yes   ☒ No

   c.   Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☒ No

   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *There is no process available in place to follow up to this matter.*

## COUNT II

1.    State the constitutional or other federal civil right that was violated: _____

_____

2.    **Count II.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other:_____

3.    **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.    **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.    **Administrative Remedies.**
    1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes    ☐ No
    2. Did you submit a request for administrative relief on Count II?    ☐ Yes    ☐ No
    3. Did you appeal your request for relief on Count II to the highest level?    ☐ Yes    ☐ No
    4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

4

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
    _____

2.  **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

    ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
    ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  **Administrative Remedies.**
    1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes     ☐ No
    2.  Did you submit a request for administrative relief on Count III?     ☐ Yes     ☐ No
    3.  Did you appeal your request for relief on Count III to the highest level?     ☐ Yes     ☐ No
    4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

I am seeking monetary compensation for the illeagal detainment and knowing negligence, and intentional exposure to toxic black mold while bein housed in Estrella Jail (MCSO) property in Phoenix, Arizona, from March 17, 2017 to Aug 30, 2017 and May 22, 2023 till current day July 23, 2023 along with any and all legal fee's.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7-23-2023
              DATE

                                                    Milan M. Rivera
                                                    SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **July 27, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon _____ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ Attorney _____

____ Other _____

____ _____

____ _____

_____          **B5955**
Legal Support Specialist Signature          S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009